**Form B4 - (11/92)**

In re: Allied Holdings, Inc., et al.                                                                                                          Case Nos.

Debtors.

# CONSOLIDATED LIST OF CREDITORS HOLDING
# 40 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 40 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Thomas M. Korsman<br>Vice President<br>Wells Fargo Bank<br>MAC N9303-120<br>Sixth and Marquette<br>Minneapolis, MN 55479 | Fax: 612-667-9825<br>E-mail:<br>Thomas.M.Korsman@wellsfargo.com | Indenture Trustee | | $150,000,000.00 |
| CENTRAL STATES/H&W 3500<br>MELLON FINANCIAL SERVICES<br>A/C CENTRAL STATES PENSION FUND<br>5503 NORTH CUMBERLAND ROAD<br>Chicago, IL 60656 | Attn: Thomas C. Nyhan<br>tnyhan@centralstates.org. | BENEFITS | | $2,468,019.30 |
| MICHELIN TIRE N.A./ATLANTA<br>P.O. BOX 100860<br>Atlanta, GA 30384-0860 | CINDY BOGGS<br>Phone: 864-458-6051<br>Fax: 864-458-5651 | Trade Debt | | $827,625.09 |
| VOLVO ACTION SERVICE<br>PO BOX 26113<br>Greensboro, NC 27402-6113 | LYN THOMASON<br>Phone: 866-873-8539<br>Fax: 336-393-4951 | Trade Debt | | $666,780.79 |
| FORD MOTOR COMPANY / CLAIMS<br>BODY AND ASSEMBLY<br>P.O. BOX 651311<br>Charlotte, NC 28265-1311 | Rick Cooley<br>Fax: 313-248-5256<br>Email: rcoley@ford.com | Damage Claims | | $605,293.36 |
| IBM CORP<br>PNC BANK-ATL LOCKBOX<br>IBM CORP- LOCK BOX 534151<br>1669 PHOENIX PARKWAY<br>Atlanta, GA 30349 | Larry Neil<br>Phone: 404-592-0835<br>Phone: 877-426-6006 | Trade Debt | | $477,554.01 |
| SGS AUTOMOTIVE SERVICE - PHILADELPHIA<br>PO BOX 2502<br>Carol Stream, IL 60132-2502 | Phone:201-508-3050<br>Fax: 877-770-6867 | Trade Debt | | $419,652.05 |

**Form B4 - (11/92)**

In re: Allied Holdings, Inc., et al.                                                                                                 Case Nos.

Debtors.

# CONSOLIDATED LIST OF CREDITORS HOLDING
# 40 LARGEST UNSECURED CLAIMS
## Continuation Sheet

| Name of creditor and complete mailing address including zip code | Name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GM OF CANADA LTD –ALZS<br>1908 COLONEL SAM DR.<br>ATTN: CASHIER 007002<br>Oshawa, ON  L1H8P7 | Jeff Bullard<br>Director:  Vehicle Logistics<br>Fax: 586-575-0272 | Damage Claim | | $ 410,924.55 |
| CUMMINS SOUTH, INC.<br>P. O. BOX 116595<br>Atlanta, GA  30368-6595 | JEANIE GILES<br>Phone: 404-765-5109<br>Fax: 404-765-8584 | Trade Debt | | $ 407,375.97 |
| DELAVAN INDUSTRIES INC -BUFFALO<br>PO BOX 1715<br>Buffalo, NY  14240 | MIKE BEVILACQUA<br>Phone: 716-677-4080<br>Fax: 716-677-4085 | Trade Debt | | $ 395,947.23 |
| EXOTIC AUTO TRANSPORT<br>P.O. BOX 72<br>Lebanon, MO 65536 | Phone: 417-532-9808<br>Fax: 417-532-9815 | Trip Lease | | $ 341,081.49 |
| U.S. SECURITY ASSOCIATES, INC.<br>P. O. BOX 931703<br>Atlanta, GA  31193 | Phone: 770-625-1400<br>Fax:  770-625-1409 | Trade Debt | | $ 333,650.98 |
| MICHELIN NORTH AMERICA/CANADA<br>ACCOUNTS RECEIVABLE<br>P.O. BOX 11291<br>Station Centreville<br>Montreal, Quebec H3C 5G9<br>Canada | VIOLA LANE<br>Phone: 864-458-5271<br>Fax: 864-458-5651 | Trade Debt | | $301,321.76 |
| BANDAG INCORPORATED<br>P.O. BOX 92090<br>Chicago, IL  60675-2090 | LYNN FINCK ext. 7<br>Phone: 800-445-7524<br>Fax: 563-262-1386 | Trade Debt | | $284,483.86 |
| SERVI-FLOTTE INC.<br>225, CHEMIN DES ILES<br>Levis, Quebec  G6V7M5<br>Canada | Phone: 418-835-9351 | Trade Debt | | $ 264,179.05 |
| FLEET CHARGE<br>PO BOX 930895<br>Kansas City, MO 64193-0895 | JANET CHASTAIN  913-663-9687<br>Phone: 888-678-0550<br>Fax: 913-663-9723 | Trade Debt | | $ 257,925.84 |
| EXCEL TRANSPORTING & TOWING<br>15810 E. GALE AVENUE<br>Hacienda Heights, CA  91745 | Phone: 909-823-1617<br>Fax: 909-823-1619 | Trip Lease | | $ 242,016.00 |

Form B4 - (11/92)

In re: Allied Holdings, Inc., et al.                                Case Nos.

Debtors.

# CONSOLIDATED LIST OF CREDITORS HOLDING
# 40 LARGEST UNSECURED CLAIMS
Continuation Sheet

| Name of creditor and complete mailing address including zip code | Name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| FLEET CHARGE<br>PO BOX 930895<br>Kansas City, MO 64193-0895 | JANET CHASTAIN 913-663-9687<br>Phone: 888-678-0550<br>Fax: 913-663-9723 | Trade Debt | | $210,079.02 |
| DELAVAN INDUSTRIES INC<br>BUFFALO<br>PO BOX 1715<br>Buffalo, NY 14240 | MIKE BEVILACQUA<br>Phone: 716-677-4080<br>Fax: 716-677-4085 | Trade Debt | | $193,800.00 |
| DELAVAN INDUSTRIES INC<br>ST Catherines<br>HSBC BANK CANADA<br>43 CHURCH STREET<br>ST Catherines, Ontario L2R 7E1 | MIKE BEVILACQUA<br>Phone: 716-677-4080<br>Fax: 716-677-4085 | Trade Debt | | $191,678.17 |
| DAIMLER CHRYSLER ALZS<br>1000 CHRYSLER DRIVE<br>TRANSPORATION /ACCT. 485-11-25<br>Auburn Hills, MI 48326-2757 | Phone: 248-576-5741<br>Fax: 248-512-8084 | Damage Claims | | $163,561.66 |
| AMERICAN EXPRESS<br>P O BOX 360001<br>Fort Lauderdale, FL 33336-0001 | RON HOLLAND<br>Phone: 770-460-0810<br>Fax: 770-460-6573 | Trade Debt | | $162,754.84 |
| BANDAG CANADA LTD<br>PO BOX 9626 STATION A<br>Toronto, Ontario M5W1P8Fax: 905-846-1052<br>Canada | LYNN FINCK ext. 7<br>Phone: 800-445-7524 | Trade Debt | | $152,795.89 |
| DELOITTE & TOUCHE<br> – ATLANTA<br>PO BOX 406838<br>Atlanta, GA 30384-6838 | Phone: 404-220-1500<br>Fax: 404-220-1583 | Professional | | $152,353.00 |
| COTTRELL, INC.<br>2125 CANDLER RD<br>Gainesville, GA 30503 | MIKE KLU<br>Phone: 678-677-8243<br>Fax: 770-535-2831 | Fixed Assets | | $139,569.44 |
| STERLING TRUCK &<br>TRAILER SALES<br>762 MACDONALD ST.<br>Regina, SK S4N7M7<br>Canada | Bev<br>Phone: 306-525-0466<br>Fax: 306-352-7011 | Trade Debt | | $139,190.18 |
| CHAMPION AUTO CARRIERS, INC.<br>P. O. BOX 129<br>Commerce City, CO 80022 | Phone: 303-227-0226<br>Fax: 303-227-0137 | Trip Lease | | $131,122.00 |

**Form B4 - (11/92)**

In re: Allied Holdings, Inc., et al.                                                                                                    Case Nos.

Debtors.

# CONSOLIDATED LIST OF CREDITORS HOLDING
# 40 LARGEST UNSECURED CLAIMS
Continuation Sheet

| Name of creditor and complete mailing address including zip code | Name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BROTHERS AUTO TRANSPORT, INC<br>831 N.W. 7TH TER.<br>Fort Lauderdale, FL 33311 | Phone: 800-628-6168<br>Fax: 954-767-0516 | Trip Lease | | $128,915.50 |
| HUNT ENTERPRISES<br>4416 W. 154TH STREET<br>Lawndale, CA 90260 | Phone: 310-675-3555<br>Fax: 310-675-4483 | Landlord | | $123,142.05 |
| TRUCK SERVICE OF VIRGINIA INC – DISPUTAN<br>5001 COUNTY DRIVE<br>Disputanta, VA 23842 | Phone: 804-722-1064 | Trade Debt | | $123,019.48 |
| B & D MANAGEMENT, INC.<br>210 NORTH HAWTHORNE STREET<br>Kansas City, MO 64119 | Phone: 816-453-8116 | Trade Debt | | $122,304.00 |
| W W WILLIAMS<br>DEPT. L – 303<br>Columbus, OH 43260-9303 | HEATHER DUFFEE<br>Phone: 800-545-7116 x212<br>Fax: 404-361-3770 | Fixed Assets | | $116,996.68 |
| CORPORATE LODGING<br><br>P.O. BOX 47425<br>Wichita, KS 67201 | SHANDA HERNANDEZ 316-219-4296<br>Phone: 316-262-4045<br>Fax: 316-219-4696 | Trade Debt | | $109,149.48 |
| P.A.T. AUTO TRANSPORT, INC.<br>P.O. BOX 37701<br>Pensacola, FL 32526 | KIMBERLY FORRET<br>Phone: 800-533-9232<br>Fax: 850-474-8885 | Trip Lease | | $103,845.50 |
| GOODYEAR TIRE & RUBBER COMPANY - ATL<br>PO BOX 277348<br>Atlanta, GA 30384-7348 | BRENDA JALLOWIEC<br>Phone: 330-796-6858<br>Fax: 330-796-1917 | Trade Debt | | $101,996.87 |
| CINTAS /NATIONAL RENTAL A/R<br>PO BOX 633173<br>Cincinnati, OH 45263-3173 | PAULETTE KALIN<br>Phone: 513-573-4269<br>Fax: 513-573-3737 | Trade Debt | | $ 100,256.69 |
| STATE OF MICHIGAN /TREASURY<br>DEPT. 77889<br>Detroit, MI 48277-0889 | Phone: 313-224-2937<br>Fax: 313-224-4466 | Taxes | | $ 100,000.00 |

In re: Allied Holdings, Inc., et al.                                                                                                    Case Nos.

Form B4 - (11/92)

In re: Allied Holdings, Inc., et al.    Case Nos.

Debtors.    (If known)

# CONSOLIDATED LIST OF CREDITORS HOLDING
# 40 LARGEST UNSECURED CLAIMS
Continuation Sheet

| Name of creditor and complete mailing address including zip code | Name of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WELLER TRUCK PARTS<br>1500 GEZON PARKWAY<br>Grand Rapids, MI 49509 | Phone: 616-724-2000<br>Fax: 616-724-3750 | Trade Payables | | $ 96,712.93 |
| CLARKE POWER SERVICES INC<br>PO BOX 710157<br>Cincinnati, OH    45271-0157 | Phone: 513-771-2200<br>Fax: 513-771-4158 | Trade Payables | | $95,362.03 |
| GM OF CANADA LTD – CANG<br>1908 Colonel Sam Drive<br>Attn: Cashier 007-002<br>Oshawa, ON  L1H8P7<br>Canada | | Damage Claims | | $91,474.68 |

## Declaration Under Penalty of Perjury
## on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 40 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:    July 31, 2005

Thomas H. King
Chief Financial Officer
Allied Holdings, Inc.