UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | JOINTLY ADMINISTERED |
| | : | CASE NUMBER 05-12515 |
| | : | |
| ALLIED HOLDINGS, INC., et. al., | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | JUDGE DRAKE |

APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the creditors listed on Exhibit A to serve on the committee of creditors holding unsecured claims:

FELICIA S. TURNER
UNITED STATES TRUSTEE, REGION 21

 s/ Jeneane Treace
R. Jeneane Treace
Georgia Bar No. 7l6620

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, Georgia   30303
Tel:  (404) 331-4437
Fax:  (404) 331-4464
Email:  jeneane.treace@usdoj.gov

EXHIBIT A

Wells Fargo Bank National Association,  as Indenture Trustee
Attention:  Thomas M. Korsman, Vice President
Sixth & Marquette
Mac # N9303-120
Minneapolis, MN  55479
Phone:  (612) 466-5890  Fax: (612) 667-9825
E-Mail:  thomas.m.korsman@wellsfargo.com

International Brotherhood of Teamsters
Attention:  Frederick Perillo, Counsel
Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, S.C.
l555 North RiverCenter Drive
Suite 202
P.O. Box 12993
Milwaukee, WI  53212
Phone: (414) 271-4500  Fax: (414) 271-6308
E-Mail: fp@previant.com

Cummins South, Inc.
Attention:  Susan Stephens, Controller
5125 Highway 85
Atlanta, Georgia  30349
Phone: (404) 765-5104 Fax: (404) 766-2132

Exotic Auto Transport, LLC
Attention:  Bradley M. Segebarth, President
P.O. Box 72
500 W. Elm
Lebanon, MO  65536
Phone: (417) 532-9808  Fax: (417) 532-9815
E-Mail:  Exoticautoplaza@earthlink.net

D. E. Shaw Laminar Portfolios, LLC
Attention:  John Chiang
120 West 45th Street
New York, NY  l0036
Phone: (212) 487-0685 Fax: (212) 845-1685
E-Mail:  john.chiang@deshaw.com

Eton Park Capital Management, L.P.,
    as representative and Manager of Eton Park Funds
Attention:  Joshua Astrof, Representative
825 Third Avenue
8th Floor
New York, New York 10022
Phone:  (212) 756-5300  Fax:  (212) 756-5361
E-Mail:  joshua.astrof@etonpark.com

Stanfield Capital Partners, LLC
Attention:  Robert Paine, Partner and Portfolio Manager
430 Park Avenue
New York, New York  10022
Phone: (212) 891-9641  Fax:  (212) 891-9625
E-Mail:  rpaine@stanfieldcp.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the attached APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first class U.S. Mail upon the members of the committee and upon -

Jeffrey Kelley, Esquire
Troutman Sanders, LLP
5200 Bank of America Plaza
600 Peachtree Street, NE
Atlanta, GA 30308-2216

Done this the 5th day of August 2005.

                                         s/ Jeneane Treace
                                         R. Jeneane Treace
                                         Trial Attorney
                                         Georgia Bar No. 7l6620