**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ALLIED HOLDINGS, INC., *et al.* | ) | Case Nos. 05-12515 through 05-12537 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Drake |
| | ) | |

**NOTICE OF FILING APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALLIED HOLDINGS, INC., <u>ET</u> <u>AL.</u> UNDER 11 U.S.C. § 1103(a)
AND FED. R. BANKR. P. 2014, FOR ORDER AUTHORIZING AND APPROVING
RETENTION AND EMPLOYMENT <u>NUNC</u> <u>PRO</u> <u>TUNC</u> OF
CHANIN CAPITAL PARTNERS LLC AS FINANCIAL ADVISOR**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of Allied Holdings, Inc., *et al.* (the "Committee") has filed an application ("Application") for authorization to retain and employ the firm of Chanin Capital Partners LLP ("Chanin") as Financial Advisor to the Committee pursuant to 11 U.S.C. § 1103(a).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application has not been scheduled by the Committee. The Committee anticipates that, if the Court approves the employment of Chanin, the order approving the employment will be subject to objections filed within approximately twenty days following entry of the Order. The Committee further anticipates that when such order is served upon you, it will contain, or be accompanied by, a notice of the period during which you may object to the Application as well as instructions on how to make any objection.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: August 29, 2005

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

s/ Byron C. Starcher
Richard B. Herzog, Jr.
Georgia Bar No. 349508
Byron C. Starcher
Georgia Bar No. 676111

*Proposed Attorneys for the Official Committee of
Unsecured Creditors of Allied Holdings, Inc.,* et al.

999 Peachtree Street, N.E.
Suite 1400
Atlanta, Georgia 30309
(404) 817-6000
byron.starcher@nelsonmullins.com

2